Form 177 – fnldec

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

        Case No.:  19−19201−JKS
        Chapter:  13
        Judge:  John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Mariel Sayson Ferrer
    dba MGTSF Holding, LLC
    PO Box 229
    Jersey City, NJ 07303

Social Security No.:
    xxx−xx−7758

Employer's Tax I.D. No.:
    20−2466301

## FINAL DECREE

    The estate of the above named debtor(s) has been fully administered.

    If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

    ORDERED that Marie−Ann Greenberg is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.

Dated: <u>June 28, 2019</u>            <u>John K. Sherwood</u>
                                    Judge, United States Bankruptcy Court